E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/20/2024 2:03 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | _____ |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF STEPHEN LYON IN SUPPORT OF APPOINTMENT OF PRIVATE PROCESS SERVER

Personally appeared before the undersigned officer duly authorized to

administer oaths, Stephen Lyon, who after first being duly sworn, states and

deposes as follows:

1.      My name is Stephen Lyon, I am of legal age, sound mind and am otherwise competent to make this affidavit. The matters stated herein are within my personal knowledge and I know them to be true and correct.

2.      I am employed as a private process server at Pro Legal Support Services, Inc. I am over the age of 18, a U.S. citizen, and of sound mind and body. I have previously served complaints and summons for various law firms, including for Plaintiff's Counsel. I am not a party, relative to a party, or related to any attorney in this matter, not an attorney of any party, I have no financial interest in the outcome of this litigation, and I am wholly disinterested as a person, directly or indirectly, to the outcome of this case or litigation.

3.      I file this affidavit in support of Mr. Terry Jackson's motion to appoint me to serve civil process in the above styled lawsuit.

        FURTHER AFFIANT SAITH NOT.

_____
                Stephen Lyon


Sworn to and subscribed before me
this _19th_ day of _June_, 2024.

_____
Notary Public
My Commission Expires: 1/31/2028



JILL ANDERSEN LYON
Notary Public-Minnesota
My Commission Expires Jan. 31, 2028

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/20/2024 2:03 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| SEAN ROBISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. |
| v. | ) 24-C-05576-S5 |
| | ) |
| K2D, LLC, a Colorado Limited | ) _____ |
| Liability Company F/K/A K2D, INC., | ) |
| D/B/A COLORADO PREMIUM FOODS, | ) |
| a Colorado corporation, | ) **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) |
| corporation, | ) |
| | ) |
| GRANT PARK PACKING COMPANY, | ) |
| INC., an Illinois corporation, | ) |
| | ) |
| NORTH STAR IMPORTS, LLC, D/B/A | ) |
| NORTH STAR IMPORTS & SALES LLC | ) |
| & NORTH STAR IMPORTS & SALES, a | ) |
| Minnesota limited liability company, | ) |
| | ) |
| US FOODS, INC., a Delaware corporation, | ) |
| | ) |
| & JOHN DOE DEFENDANTS (1-5), | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF COUNSEL FOR APPOINTMENT OF PRIVATE PROCESS SERVER STEPHEN LYON

Personally appeared before the undersigned officer duly authorized to

administer oaths, Terry D. Jackson, who after first being duly sworn, states and

deposes as follows:

1.      My name is Terry D. Jackson, I am of legal age, sound mind and am otherwise competent to make this affidavit. The matters stated herein are within my personal knowledge and I know them to be true and correct.

2.      I have filed a motion with this Court requesting that it appoint Stephen Lyon, a private process server, as a special agent for service of process on Defendants in the above-styled matter.

3.      Mr. Lyon is over the age of 18, a U.S. citizen, and is of sound mind and body. He has previously served complaints and summons for various law firms, including my firm.

4.      He is not a party, relative to a party, or related to any attorney in this matter, not an attorney of any party. He has no financial interest in the outcome of this litigation, and he is wholly disinterested as a person, directly or indirectly, to the outcome of this case or litigation.

5.      Counsel respectfully requests that this honorable Court appoint Mr. Derek Minto as a special agent for service of process in this case.

FURTHER AFFIANT SAITH NOT.

_____

TERRY D. JACKSON
Georgia Bar No. 386033

Sworn to and subscribed before me
this 20th day of _June_____, 2024.

_____
Notary Public
My Commission Expires:

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**
**6/20/2024 2:03 PM**
**TIANA P. GARNER, CLERK**

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of <u>Gwinnett State Court</u> County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ | Case Number **24-C-05576-S5** _____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**
Sean Robison

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

K2D, Inc. of Colorado

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Grant Park Packing Company, Inc.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

North Star Imports, LLC d/b/a North Star Imports & Sales LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Terry D Jackson    **State Bar Number** _____    **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☒ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

<u>21-C-02932-S5</u>    _____
**Case Number**       **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-05576-S5**
**6/20/2024 2:03 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | _____ |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S RENEWED COMPLAINT FOR DAMAGES**

COMES NOW the plaintiff and shows this Court as follows:

1.     This case is a renewal of a case previously pending in the *State Court of Gwinnett County,* Civil Action No. 21-C-02932-S5, the prior case was dismissed without prejudice on December 20, 2023, there are no pending costs in that action

that remain unpaid, and renewal here is proper as provided under the Civil Practice Act. Jurisdiction and venue are proper in this Court.  *See Exhibit 1, Dismissal Without Prejudice*; O.C.G.A. §§ 9-11-41; 9-2-61.

2.      This renewal is not a void action, and all named defendants in the prior action were served.  *See Exhibit 2, Affidavits of Service.*

## **PARTIES, JURISDICTION AND VENUE**

3.      Plaintiff is domiciled in Georgia and he may be served with all pleadings and discovery upon his counsel of record.  Jurisdiction and venue are proper in this Court.

4.      Defendant K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods is a Colorado Limited Liability Company, and it may be served with a copy of the complaint and summons on its registered agent as follows:

> K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods
> C/O Corporation Service Company, Registered Agent
> 1900 W. Littleton Blvd.
> Littleton, CO 80120

Jurisdiction and venue are proper in this Court.

5.      Defendant K2D, Inc. of Colorado is a Colorado corporation, and it may be served with a copy of the complaint and summons on its registered agent as follows:

> K2D, Inc. of Colorado
> C/O Corporation Service Company, Registered Agent
> 1900 W. Littleton Blvd.
> Littleton, CO 80120

Jurisdiction and venue are proper in this Court.

6.    Grant Park Packing Company, Inc., is an Illinois corporation, and it may be served with a copy of the complaint and summons on its registered agent as follows:

> Grant Park Packing Company, Inc.
> C/O Robert M. Dreger, Registered Agent
> 910 W Van Buren Street #503
> Chicago, IL 60607

Jurisdiction and venue are proper in this Court.

7.    North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales is a Minnesota limited liability company and it may be served with a copy of the complaint and summons on its registered agent as follows:

> North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
> North Star Imports & Sales
> C/O Jacob Goldberger, Managing Member
> 3459 Washington Drive, Suite 106
> Eagan, Minnesota 55122

> North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
> North Star Imports & Sales
> C/O Jacob Goldberger, Registered Agent
> 3348 Sherman Court
> Eagan, MN 55121

Jurisdiction and venue are proper in this Court.

8.      US Foods, Inc. is a Delaware corporation and it may be served with a copy of the complaint and summons on its registered agent as follows:

> US Foods, Inc.
> C/O Corporation Service Company, Registered Agent
> 2 Sun Court, Suite 400
> Peachtree Corners, GA 30092

Jurisdiction and venue are proper in this Court.

9.      Plaintiff will move to add or substitute for the John Doe defendants any individuals, legal entities, or insurers that are shown to be proper parties to this action as discovery proceeds.  Jurisdiction and venue over these defendants will be proper in this Court.

## FACTUAL ALLEGATIONS

10.      On April 14 or April 15, 2019, Plaintiff Sean Robison ate a hamburger or ground beef in the Virginia Beach, Virginia area where he was stationed in the U.S. Navy.

11.      Within 24 to 48 hours Robison began to feel extremely ill, etc., and was admitted to the hospital on April 16, 2019.

12.      In the intervening months since Robison consumed beef products manufactured, processed, distributed, and sold by the defendants to Robison, he developed and acute *E. coli* infection, Hemolytic Uremic Syndrome (HUS), he nearly died, was in a coma for a prolonged period, his kidneys have failed and he

has undergone a kidney transplant due to the E.coli infection he suffered related to the bacterial infection from the defendants' meat processing plants, distribution and sale at retail to him.

13.     Investigations by the CDC following a public outbreak of E. coli shows a strain *E. coli O103*, and it was traced to a K2D plant in Carrollton, Georgia, a Grant Park packing plant in Illinois, and its distribution by defendants US Foods and North Star Imports in Virginia and the southeastern United States.

14.     Defendants are strictly liable for the tainted meat products they processed and sold, failed to warn, and breached their duties of implied merchantability of fitness for a particular purpose – human consumption – and as a result Sean Robison has been severely and permanently physically, mentally injured and damaged.

15.     At the time of the incident in this case Sean Robison was an active-duty Naval seaman, assigned to support special warfare operations in Norfolk, Virginia.

16.     Robison had served for a number of years in the Navy and his intent was to retire from the Navy.

17.     Defendant K2D is strictly liable for the infected beef that resulted in the E. coli infection to Plaintiff Robison, its failure to warn him of infected meat

processed at its plant, timely recall its product, and the defendant's conduct makes it strictly liable for meat that Robison consumed.

18.    Defendants are also liable for the failure of their product to meet the fitness of the purpose for which it was made and distributed, human consumption, and as a direct proximate cause Sean Robison has suffered severe and life altering damages and personal injuries arising from the consumption of defective meat.

19.    Defendants Grant Park was also identified as a source of *E. coli O103* and it and North Star distributed its products in Tennessee, Georgia, Kentucky, and Virginia, and its distribution and sale of food products also make it strictly liable for its defective products, and for the failure of food products processed by it and sold by North Star.

20.    Following Robison's illness in April 2019, the CDC announced that it had traced the *E. coli O103* to defendant K2D's plant in Carrollton, GA, and an identical *O103* strain to defendant Grant Park's packing plant in Illinois.

21.    K2D and Grant Park then recalled the meat from their plants, thousands of tons of processed and manufactured meat products from their plants, and destroyed the meat.

22.    The CDC investigation shows that hundreds of people were hospitalized, became ill, etc. from the *E. coli O103* outbreak in April 2019, and

that two people, including Sean Robison, contracted HUS and have serious, more life impacting complications.

23.    Robison was hospitalized and nearly died.

24.    Robison's kidneys have failed, and he has since received a kidney transplant.

25.    Robison's Naval career has ended, and he will be medically retired from the U.S. Navy prior to his normal separation date to inability to perform duties, and his medical disability due to the injuries he received from consuming defendants' meat products.

26.    Defendants failed to warn of their prior problems with food safety, E. coli outbreaks in their plants, and their distributors' knowledge constructive and actual with food bacteria including e coli at both the K2D plant and Grant Park plants identified with the *O103* outbreaks of *E. coli* in the spring of 2019.

27.    The CDC's genetic testing of the infected, recalled meat links it to the bacteria *E. coli* outbreak and Robison's infection and hospitalization on April 16, 2019, and all medical treatment since that time.

28.    Robison will have a reduced life expectancy, ability to labor, enjoy life, and enjoy his life as he did prior to the *E. coli* bacterial infection from defendants' processed, meat product.

29.     Robison's medical special damages in the past exceed $1,000,000 and his future medical expenses including another kidney transplant, life-long regimen of rejection drugs affecting his health, etc. are expected to exceed $2,000,000.

30.     Defendants negligently manufactured, processed their product, packaged it, distributed it, sold it at retail without warning to Robison and other regarding the danger of e. coli bacteria associated with the K2D plant and Grant Park plants that pre-date his infection and hospitalization on April 16, 2019.

31.     Defendants K2D and Grant Park violated various provisions of the Georgia Food Act at O.C.G.A. § 26-2-1 et seq. and Virginia Food Act § 3.2-5100 et seq. in negligently processing, inspecting, packaging, distributing, exposing for display and consumption, etc. food expected to be consumed by humans and that was tainted by the *E. coli O103* bacteria, during the defendants' control of their beef products.

32.     Defendant K2D sold and distributed its meat products in April 2019 through distributors including US Foods in Norcross.

33.     US Foods sold and distributed K2D's foods in Virginia Beach, VA.

34.     North Star sold and distributed Grant Park's foods in Virginia Beach, VA.

35.     Defendants US Foods and Northstar were aware of the public recall of K2D's meat products, and the recall of Grant Park's *E. coli O103* tainted meat

products in April 2019 and they received actual notice from K2D and Grant Park regarding their meat product recalls and public announcement of the same through media outlets and the CDC in the Spring of 2019 following Robison's hospitalization for *E. coli* and HUS, and US Foods and Northstar are vicariously liable for the tainted beef they distributed under state and federal law.

36.    Defendants are liable for the breach of warranty and fitness, wholesomeness of their food products meant for human consumption, and defendants are strictly liable and liable in negligence for the tainted beef products or unwholesome foods consumed by plaintiff and others produced, processed, packaged, distributed, sold, and delivered in Virginia under Illinois, Virginia, and Georgia law and each state's food and drink acts.

37.    Robison has suffered and will continue to suffer physical and mental pain and suffering, the sole proximate cause of which is the defendants' joint and combined role in his E. coli infection and hospitalization beginning on or about April 16, 2019 due to their negligence and negligence per se.

38.    Plaintiff demands judgment against the defendants jointly or severally to be determined by a jury at trial in its fair and enlightened conscience, but in an amount not less than $10,000,000.00.

39.    Defendant K2D's and Grant Park's negligence in failing to ensure its meat products were not tainted by E. coli in the manufacturing, processing of their

meat and distribution of it shows a species of bad faith in the underlying conduct in putting unsafe food into the stream of commerce, that made its way to a Georgia domiciliary, native on active duty serving his country that entitles plaintiff to a recovery of attorneys' fees and costs as provided by O.C.G.A. § 13-6-11, and like provisions under Virginia law.

40.    Plaintiff was served and consumed tainted beef unfit for human consumption from the customers and distributees of the defendants, including through the U.S. Navy and its agents and contractors.

## **PRAYER FOR RELIEF**

WHEREFORE Plaintiff prays for judgment against the Defendants and that he be granted the following relief:

1)    That process issue and that defendants be served with the plaintiff's complaint and summons;

2)    That plaintiff be granted judgment against the defendants for all claims pled in this Complaint, in an amount that the jury finds will fully and adequately compensate Plaintiff for his compensatory damage claims, general and special, which have been sustained as a result of the Defendant's negligent and negligent per se conduct, in an amount not less than $10,000,000.00;

3)    That Plaintiff recover his medical special damages to be proven at trial, which are expected to be in excess of $2,000,000.00 over plaintiff's

lifetime;

4)     That plaintiff recover his attorneys' fees and costs to be determined by

a jury at trial its fair and enlightened conscience as provided by O.C.G.A. § 13-6-

11;

5)     That this Court grant such other legal, equitable and further relief as it

deems just and appropriate for the circumstances of this case; and

6)     PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL

ISSUES, AND CLAIMS PLED IN THIS LAWSUIT AND ANY

AMENDMENTS THERETO.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
TERRY D. JACKSON
Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

# EXHIBIT 1

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**12/20/2023 4:29 PM**

**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                               )
                                            )
    Plaintiff,                          )
                                            )       Civil Action File No.
v.                                          )       21-C-02932-S5
                                            )
K2D, INC. D/B/A COLORADO                     )       **JURY TRIAL DEMANDED**
PREMIUM FOODS, et al.                        )
                                            )
    Defendants.                         )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff and dismisses all claims against the defendants

without prejudice as provided by O.C.G.A. § 9-11-41.  There are no pending costs

in the above styled matter as provided by O.C.G.A. § 9-11-41(d).

Dated:        December 20, 2023.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:   /s/ Terry D. Jackson
      TERRY D. JACKSON
      Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 21-C-02932-S5 |
| | ) | |
| K2D, INC. D/B/A COLORADO | ) | **JURY TRIAL DEMANDED** |
| PREMIUM  FOODS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

within and foregoing **DISMISSAL WITHOUT PREJUDICE** upon the parties by

placing the same in a properly addressed envelope with adequate postage affixed

thereon via First Class U.S. Mail, e-filing, or by hand delivery as directed by the

Court to:

Joe P. Reynolds
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
jreynolds@kilpatricktownsend.com

Sarah L. Brew
Rachael D. Spiegel
Faegre Drinker Biddle & Reath LLP
90 South 7th Street, Suite 2200
Minneapolis, Minnesota 55402
sarah.brew@faegredrinker.com
rachael.spiegel@faegredrinker.com

*Counsel for U.S. Foods, Inc.*

Derek A. Mendicino
David S. Cousins
Mendicino Cousins LLLP
1902 Old Covington Highway, S.W.
Conyers, Georgia 30012-3920
dam@mclllp.law
dcousins@mclllp.law
*Counsel for Grant Park Packing, Inc.*

Kimberly D. Stevens
Willie C. Ellis
Mickey P. Evans, II
Hawkins Parnell & Young, LLP
303 Peachtree Street NE, Suite 4000
Atlanta, GA 30308-3243
kstevens@hpylaw.com
wellis@hpylaw.com
mevans@hpylaw.com
*Counsel for North Star Imports, LLC d/b/a North Star Imports &
Sales LLC and North Star Imports & Sales*

Alan M. Maxwell
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
amaxwell@wwhgd.com
*Counsel for K2D, Inc. d/b/a Colorado Premium Foods and K2D, Inc.
of Colorado*

Dated:      December 20, 2023.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF**
**SEAN ROBISON:**

By:    _/s/ Terry D. Jackson_
TERRY D. JACKSON
Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

# EXHIBIT 2

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**4/21/2021 10:28 AM**

**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 21-C-02932-S5 |
| | ) | |
| K2D, INC. D/B/A COLORADO | ) | **JURY TRIAL DEMANDED** |
| PREMIUM  FOODS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AFFIDAVITS OF SERVICE

COMES NOW Plaintiff and files the following Affidavits of Service:

1. Affidavit of Service of Jeroy Robinson for service on US Foods, Inc. on April 15, 2021;

2. Affidavit of Service of Jeroy Robinson for service on Arby's Restaurant Group, Inc. on April 15, 2021;

3. Affidavit of Service of Jeroy Robinson for service on Inspire Brands, Inc. on April 15, 2021; and

4. Affidavit of Service of Jeroy Robinson for service on Miniat Foods, LLC d/b/a Miniat Foods, Inc. on April 16, 2021.

Dated:    April 21, 2021.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
TERRY D. JACKSON
Georgia Bar No. 386033



*"We Know Trucks"*
[www.terryjacksonlaw.com](www.terryjacksonlaw.com)

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
[terry@terryjacksonlaw.com](terry@terryjacksonlaw.com)

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                          )
                                       )
    Plaintiff,                        )
                                       )        Civil Action File No.
v.                                     )        21-C-02932-S5
                                       )
K2D, INC. D/B/A COLORADO               )        **JURY TRIAL DEMANDED**
PREMIUM  FOODS, et al.                 )
                                       )
    Defendants.                       )

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the

within and foregoing **NOTICE OF FILING AFFIDAVITS OF SERVICE** upon

the parties by placing the same in a properly addressed envelope with adequate

postage affixed thereon via First Class U.S. Mail, e-filing, or by hand delivery as

directed by the Court to:

        K2D, Inc. d/b/a Colorado Premium Foods
        C/O Kevin David LaFleur, Registered Agent
        2035 2nd Avenue
        Greeley, CO 80631

        K2D, Inc. of Colorado
        C/O Kevin David LaFleur, Registered Agent
        2035 2nd Avenue
        Greeley, CO 80631

Ed Miniat, LLC
C/O Shawna J. Lecuyer
16250 Vincennes Avenue
South Holland , IL 60473

Miniat Foods, LLC d/b/a Miniat Foods
C/O Cogency Global, Inc., Registered Agent
900 Old Roswell Lakes Parkway, Suite 310
Roswell, GA 30076

Grant Park Packing, Inc.
C/O Robert M. Dreger, Registered Agent
910 W Van Buren Street #503
Chicago, IL 60607

North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
North Star Imports & Sales
C/O Jacob Goldberger, Managing Member
3459 Washington Drive, Suite 106
Eagan, Minnesota 55122

North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
North Star Imports & Sales
C/O Jacob Goldberger, Registered Agent
3348 Sherman Court
Eagan, MN 55121

US Foods, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Inspire Brands, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

**Exhibit 2 - Page 4 of 47**

Arby's Restaurant Group, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Dated:        April 21, 2021.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF**
**SEAN ROBISON:**

By:    */s/ Terry D. Jackson*_____
TERRY D. JACKSON
Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-02932-S5**
**4/21/2021 10:28 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 21-C-02932-S5 |
| | ) | |
| K2D, INC. D/B/A COLORADO | ) | **JURY TRIAL DEMANDED** |
| PREMIUM FOODS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE OF JEROY ROBINSON

COMES NOW Jeroy Robinson, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and being sworn on oath, deposes and states as follows:

1.    On April 15, 2021, at approximately 3:30 p.m., I served a copy of the following items:

   A.    Summons; and

   B.    Complaint for Damages

in the above-styled matter to US Foods, Inc., at the following address:

   US Foods, Inc.
   C/O Corporation Service Company, Registered Agent
   2 Sun Court, Suite 400
   Peachtree Corners, GA 30092

**Exhibit 2 - Page 6 of 47**

2.    Said documents were served by handing the same **personally** to Aleshia

Smith, who accepted those documents on behalf of Corporation Service Company

and US Foods, Inc. at that address.

FURTHER AFFIANT SAITH NOT.

_____
Jeroy Robinson

Sworn to and subscribed before me
this ___ day of April, 2021.

_____
Notary Public
My Commission Expires: 9/23/2022

Exhibit 2 - Page 7 of 47

# EXHIBIT 1

Exhibit 2 - Page 8 of 47

IN RE: Permanent Process Servers

Case Number: 20 C-08317-5

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2022.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this ____9th____ day of ____December____, 20_20_.

_____
Presiding Judge
Gwinnett County State Court

Applicant:
Name    JEROY ROBINSON
Address    150 Charity Dr.
Douglasville, GA 30134
404-580-0870

**Exhibit 2 - Page 9 of 47**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**4/21/2021 10:28 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 21-C-02932-S5 |
| | ) | |
| K2D, INC. D/B/A COLORADO | ) | **JURY TRIAL DEMANDED** |
| PREMIUM FOODS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF SERVICE OF JEROY ROBINSON

COMES NOW Jeroy Robinson, a United States citizen and over the age of 18

years, before the undersigned officer duly authorized to administer oaths, and being

sworn on oath, deposes and states as follows:

1.      On April 15, 2021, at approximately 3:30 p.m., I served a copy of the

following items:

A.      Summons; and

B.      Complaint for Damages

in the above-styled matter to Arby's Restaurant Group, Inc., at the following

address:

> Arby's Restaurant Group, Inc.
> C/O Corporation Service Company, Registered Agent
> 2 Sun Court, Suite 400
> Peachtree Corners, GA 30092

**Exhibit 2 - Page 10 of 47**

2.    Said documents were served by handing the same **personally** to Aleshia

Smith, who accepted those documents on behalf of Corporation Service Company

and Arby's Restaurant Group, Inc. at that address.

FURTHER AFFIANT SAITH NOT.

Jeroy Robinson

Sworn to and subscribed before me
this ___ day of April, 2021.

Notary Public
My Commission Expires: 9/23/2022

Page 2 of 2

**Exhibit 2 - Page 11 of 47**

# EXHIBIT 1

Exhibit 2 - Page 12 of 47

IN RE: Permanent Process Servers

Case Number: 20 C-08317-5

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2022.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this _____9th_____ day of __December__, 20 20.


_____
Presiding Judge
Gwinnett County State Court


Applicant:

Name  JEROY ROBINSON

Address  150 Charity DR.
Douglasville, GA 30134
404-580-0870

**Exhibit 2 - Page 13 of 47**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**4/21/2021 10:28 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                              )
                                           )
       Plaintiff,                          )
                                           )      Civil Action File No.
v.                                         )      21-C-02932-S5
                                           )
K2D, INC. D/B/A COLORADO                   )      **JURY TRIAL DEMANDED**
PREMIUM  FOODS, et al.                     )
                                           )
       Defendants.                         )

## AFFIDAVIT OF SERVICE OF JEROY ROBINSON

COMES NOW Jeroy Robinson, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and being sworn on oath, deposes and states as follows:

1.     On April 15, 2021, at approximately 3:30 p.m., I served a copy of the following items:

       A.     Summons; and

       B.     Complaint for Damages

in the above-styled matter to Inspire Brands, Inc., at the following address:

          Inspire Brands, Inc.
          C/O Corporation Service Company, Registered Agent
          2 Sun Court, Suite 400
          Peachtree Corners, GA 30092

**Exhibit 2 - Page 14 of 47**

2.      Said documents were served by handing the same **personally** to Aleshia

Smith, who accepted those documents on behalf of Corporation Service Company

and Inspire Brands, Inc. at that address.

FURTHER AFFIANT SAITH NOT.

_____

Jeroy Robinson

Sworn to and subscribed before me
this ___ day of April, 2021.

_____
Notary Public
My Commission Expires: 9/23/2022

KRISTI HOLTZBERG
MY COMMISSION EXPIRES
SEPT.
23
2022
COBB CO., GEORGIA
NOTARY PUBLIC

Page 2 of 2

**Exhibit 2 - Page 15 of 47**

# EXHIBIT 1

Exhibit 2 - Page 16 of 47

IN RE: Permanent Process Servers

Case Number: 2 0  C - 0 8 3 1 7 - 5

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2022.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this _____9th_____ day of __December__, 20_20_.

_Pamela D L5_
_____
Presiding Judge
Gwinnett County State Court

Applicant:

Name _JEROY ROBINSON_

Address _150 Charity Dr._
_Douglasville, GA 30134_
_404-580-0870_

**Exhibit 2 - Page 17 of 47**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**4/21/2021 10:28 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 21-C-02932-S5 |
| | ) | |
| K2D, INC. D/B/A COLORADO | ) | **JURY TRIAL DEMANDED** |
| PREMIUM FOODS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE OF JEROY ROBINSON

COMES NOW Jeroy Robinson, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and being sworn on oath, deposes and states as follows:

1.     On April 16, 2021, at approximately 2.50 p.m., I served a copy of the following items:

> A.     Summons; and

> B.     Complaint for Damages

in the above-styled matter to Miniat Foods, LLC d/b/a Miniat Foods, at the following address:

> Miniat Foods, LLC d/b/a Miniat Foods
> C/O Cogency Global, Inc., Registered Agent
> 900 Old Roswell Lakes Parkway, Suite 310
> Roswell, GA 30076

**Exhibit 2 - Page 18 of 47**

2.      Said documents were served by handing the same **personally** to Scott

Perkins, who accepted those documents on behalf of Cogency Global, Inc., and

Miniat Foods, LLC d/b/a Miniat Foods at that address.

FURTHER AFFIANT SAITH NOT.

Jeroy Robinson

Sworn to and subscribed before me
this 9th day of April, 2021.

Notary Public
My Commission Expires: 9/23/2022

# EXHIBIT 1

Exhibit 2 - Page 20 of 47

IN RE: Permanent Process Servers

Case Number:  20  C - 0 8 3 1 7 - 5

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2022.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this _____9th_____ day of ___December___, 20_20_.


_____
Presiding Judge
Gwinnett County State Court


Applicant:
Name    JEROY ROBINSON
Address    150 Charity Dr.
    Douglasville, GA 30134
    404-580-0870

**Exhibit 2 - Page 21 of 47**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-02932-S5**
**4/29/2021 3:54 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                              )
                                           )
    Plaintiff,                             )
                                           )     Civil Action File No.
v.                                         )     21-C-02932-S5
                                           )
K2D, INC. D/B/A COLORADO                    )     **JURY TRIAL DEMANDED**
PREMIUM  FOODS, et al.                      )
                                           )
    Defendants.                            )

<u>**NOTICE OF FILING AFFIDAVITS OF SERVICE**</u>

COMES NOW Plaintiff and files the following Affidavits of Service:

1.     Affidavit of Service of Don Eskra for service on Ed Miniat, LLC on April 22, 2021; and

2.     Affidavit of Service of Mike Ballard for service on Grant Park Packing, Inc. on April 23, 2021.

    Dated:    April 29, 2021.

                                RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

                    By:    */s/ Terry D. Jackson*
                             TERRY D. JACKSON
                             Georgia Bar No. 386033



*"We Know Trucks"*
[www.terryjacksonlaw.com](www.terryjacksonlaw.com)

**Exhibit 2 - Page 22 of 47**

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                    )
                                 )
    Plaintiff,               )
                                 )        Civil Action File No.
v.                               )        21-C-02932-S5
                                 )
K2D, INC. D/B/A COLORADO         )        **JURY TRIAL DEMANDED**
PREMIUM  FOODS, et al.           )
                                 )
    Defendants.              )

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the

within and foregoing **NOTICE OF FILING AFFIDAVITS OF SERVICE** upon

the parties by placing the same in a properly addressed envelope with adequate

postage affixed thereon via First Class U.S. Mail, e-filing, or by hand delivery as

directed by the Court to:

        K2D, Inc. d/b/a Colorado Premium Foods
        C/O Kevin David LaFleur, Registered Agent
        2035 2nd Avenue
        Greeley, CO 80631

        K2D, Inc. of Colorado
        C/O Kevin David LaFleur, Registered Agent
        2035 2nd Avenue
        Greeley, CO 80631

Ed Miniat, LLC
C/O Shawna J. Lecuyer
16250 Vincennes Avenue
South Holland , IL 60473

Miniat Foods, LLC d/b/a Miniat Foods
C/O Cogency Global, Inc., Registered Agent
900 Old Roswell Lakes Parkway, Suite 310
Roswell, GA 30076

Grant Park Packing, Inc.
C/O Robert M. Dreger, Registered Agent
910 W Van Buren Street #503
Chicago, IL 60607

North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
North Star Imports & Sales
C/O Jacob Goldberger, Managing Member
3459 Washington Drive, Suite 106
Eagan, Minnesota 55122

North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
North Star Imports & Sales
C/O Jacob Goldberger, Registered Agent
3348 Sherman Court
Eagan, MN 55121

US Foods, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Inspire Brands, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Arby's Restaurant Group, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Dated:          April 29, 2021.

                              RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

                    By:    */s/ Terry D. Jackson*
                           TERRY D. JACKSON
                           Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**4/29/2021 3:54 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 21-C-02932-S5 |
| | ) | |
| K2D, INC. D/B/A COLORADO | ) | **JURY TRIAL DEMANDED** |
| PREMIUM FOODS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE OF DON ESKRA

COMES NOW Don Eskra, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and being sworn on oath, deposes and states as follows:

1.     On April 22, 2021, at approximately 4:18 p.m. (CDT), I served a copy of the following items:

      A.     Summons;

      B.     Complaint for Damages;

      C.     Civil Case Filing Information Form; and

      D.     Order Appointing Special Process Server

in the above-styled matter to Ed Miniat, LLC, at the following address:

Ed Miniat, LLC
C/O Shawna J. Lecuyer, Registered Agent
16250 Vincennes Avenue
South Holland , IL 60473

**Exhibit 2 - Page 27 of 47**

2.    Said documents were served by handing the same **personally** to Darla

Winland, who accepted those documents on behalf of Shawna J. Lecuyer and Ed

Miniat, LLC and North Star Imports & Sales at that address.

FURTHER AFFIANT SAITH NOT.

_____
Don Eskra

Sworn to and subscribed before me
this 29 day of April, 2021.

_____
Notary Public
My Commission Expires:

OFFICIAL SEAL
K REYES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/20/21

Page 2 of 2

**Exhibit 2 - Page 28 of 47**

# IN THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

**Sean Robison**
                   Plaintiff(s),

Case No.: **21-C-02932-S5**

**AFFIDAVIT OF SERVICE**

vs.

**K2D, Inc. d/b/a Colorado Premium Foods, a Colorado corporation, et al.**
                   Defendant(s),

I, **Don Eskra**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons and Complaint for Damages**

Defendant to be served: **Ed Miniat, LLC, c/o Shawna J. Lecuyer**

Address where served: **16250 Vincennes Avenue, South Holland, IL 60473**

On **April 22, 2021** at **4:18 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Darla Winland,** (Title) **Vice President of Human Resources,** a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **White** - Hair: **Brown** - Approx. Age: **45** - Height: **5ft 5in** - Weight: **175**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
**Don Eskra**

State of ___Illinois___

County of ___Will___

Subscribed and Sworn to before me on this
**23** day of ___April___, 20 **21**

_____
Signature of Notary Public

OFFICIAL SEAL
ASHLEY INGRAM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/21/22

Job: 563167
File:

**Exhibit 2 - Page 29 of 47**



GPS/Cell:Thursday, Apr 22 2021 16:18:34 CDT
GPS LOCK: 41.5988233/-87.6285494
ACCURACY: 4.094 Meters

Exhibit 2 - Page 30 of 47

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**4/29/2021 3:54 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                          )
                                       )
    Plaintiff,                     )
                                       )      Civil Action File No.
v.                                     )      21-C-02932-S5
                                       )
K2D, INC. D/B/A COLORADO               )      **JURY TRIAL DEMANDED**
PREMIUM FOODS, et al.                  )
                                       )
    Defendants.                    )

### AFFIDAVIT OF SERVICE OF MICHAEL BALLARD

COMES NOW Michael Ballard, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and being sworn on oath, deposes and states as follows:

1.    On April 23, 2021, at approximately 3:05 p.m. (CDT), I served a copy of the following items:

    A.    Summons;

    B.    Complaint for Damages;

    C.    Civil Case Filing Information Form; and

    D.    Order Appointing Special Process Server

in the above-styled matter to Grant Park Packing, Inc., at the following address:

    Grant Park Packing, Inc.
    C/O Robert M. Dreger, Registered Agent
    910 W Van Buren Street #503
    Chicago, IL 60607

**Exhibit 2 - Page 31 of 47**

2.      Said documents were served by handing the same **personally** to Robert M.

Greger, Registered Agent, who accepted those documents on behalf of Grant Park

Packing, Inc. at that address.

FURTHER AFFIANT SAITH NOT.

_____

Michael Ballard

Sworn to and subscribed before me
this ___ day of April, 2021.

_____

Notary Public
My Commission Expires:

```
OFFICIAL SEAL
ASHLEY INGRAM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/21/22
```

Page 2 of 2

**Exhibit 2 - Page 32 of 47**

## IN THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

**Sean Robison**
                    Plaintiff(s),

Case No.: **21-C-02932-S5**

**AFFIDAVIT OF SERVICE**

vs.

**K2D, Inc. d/b/a Colorado Premium Foods, a Colorado corporation, et al.**
                    Defendant(s),

_____

I, **Michael Ballard**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons and Complaint for Damages**

Defendant to be served: **Grant Park Packing, Inc., c/o Robert M. Dreger, Registered Agent**

Address where served: **910 West Van Buren Street, Suite 503, Chicago, IL 60607**

On **April 23, 2021** at **3:05 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Robert M. Dreger**, (Title) **Registered Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Gray** - Approx. Age: **70's** - Height: **5ft 9in** - Weight: **180**

Comments: Signature obtained.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
**Michael Ballard**

State of _Illinois_

County of _Will_

Subscribed and Sworn to before me on this

_27_ day of _April_ , 20_21_

_____
Signature of Notary Public

OFFICIAL SEAL
K REYES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/20/21

Job: 563168
File:

**Exhibit 2 - Page 33 of 47**



GPS/Cell: Friday, Apr 23 2021 15:13:21 CDT
GPS LOCK: 41.876477/-87.650342
ACCURACY: 200.0 meters

Exhibit 2 - Page 34 of 47

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**5/20/2021 9:33 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 21-C-02932-S5 |
| | ) | |
| K2D, INC. D/B/A COLORADO | ) | **JURY TRIAL DEMANDED** |
| PREMIUM FOODS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AFFIDAVITS OF SERVICE

COMES NOW Plaintiff and files the following Affidavits of Service:

1. Affidavit of Service of Ron Klave for service on K2D, Inc. d/b/a Colorado Premium Foods on April 20, 2021;

2. Affidavit of Service of Ron Klave for service on K2D, Inc. of Colorado on April 20, 2021;

3. Affidavit of Service of Stephen Lyon for service on North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales (Registered Agent) on April 20, 2021; and

4. Affidavit of Service of Stephen Lyon for service on North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales (Managing Member) on April 20, 2021.

Dated:    May 19, 2021.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:  */s/ Terry D. Jackson*
     TERRY D. JACKSON
     Georgia Bar No. 386033



*"We Know Trucks"*
www.terryjacksonlaw.com

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                        )
                                     )
        Plaintiff,                   )
                                     )        Civil Action File No.
v.                                   )        21-C-02932-S5
                                     )
K2D, INC. D/B/A COLORADO             )        **JURY TRIAL DEMANDED**
PREMIUM  FOODS, et al.               )
                                     )
        Defendants.                  )

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the

within and foregoing **NOTICE OF FILING AFFIDAVITS OF SERVICE** upon

the parties by placing the same in a properly addressed envelope with adequate

postage affixed thereon via First Class U.S. Mail, e-filing, or by hand delivery as

directed by the Court to:

> Sarah L. Brew
> Rachael D. Spiegel
> Faegre Drinker Biddle & Reath LLP
> 90 South 7th Street, Suite 2200
> Minneapolis, Minnesota 55402
> sarah.brew@faegredrinker.com
> rachael.spiegel@faegredrinker.com

Joe P. Reynolds
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
jreynolds@kilpatricktownsend.com

*Counsel for U.S. Foods, Inc.*

K2D, Inc. d/b/a Colorado Premium Foods
C/O Kevin David LaFleur, Registered Agent
2035 2nd Avenue
Greeley, CO 80631

K2D, Inc. of Colorado
C/O Kevin David LaFleur, Registered Agent
2035 2nd Avenue
Greeley, CO 80631

Ed Miniat, LLC
C/O Shawna J. Lecuyer
16250 Vincennes Avenue
South Holland , IL 60473

Miniat Foods, LLC d/b/a Miniat Foods
C/O Cogency Global, Inc., Registered Agent
900 Old Roswell Lakes Parkway, Suite 310
Roswell, GA 30076

Grant Park Packing, Inc.
C/O Robert M. Dreger, Registered Agent
910 W Van Buren Street #503
Chicago, IL 60607

North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
North Star Imports & Sales
C/O Jacob Goldberger, Managing Member
3459 Washington Drive, Suite 106
Eagan, Minnesota 55122

**Exhibit 2 - Page 38 of 47**

North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
North Star Imports & Sales
C/O Jacob Goldberger, Registered Agent
3348 Sherman Court
Eagan, MN 55121

Inspire Brands, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Arby's Restaurant Group, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Dated:        May 19, 2021.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF**
**SEAN ROBISON:**

By:    /s/ Terry D. Jackson_____
       TERRY D. JACKSON
       Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

**Exhibit 2 - Page 39 of 47**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-02932-S5**
**5/20/2021 9:33 AM**
**TIANA P. GARNER, CLERK**

| | |
|---|---|
| IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA<br><br>Plaintiff: **Sean Robinson**<br>v.<br>Defendants: **K2D, Inc. D/B/A Colorado Premium Foods, et al.**<br><br>K2D, Inc. d/b/a Colorado Premium Foods<br>C/O Kevin David LaFleur, Registered Agent<br>2035 2nd Avenue<br>Greeley, CO 80631 | **▲ COURT USE ONLY ▲** |
| Attorney for Plaintiff:<br>TERRY D. JACKSON, P.C. #386033<br>600 Edgewood Avenue<br>Atlanta, Georgia 30312<br>(404) 216-5312 cell<br>(404) 659-2400 office<br>(404) 659-2414 fax<br>terry@terryjacksonlaw.com | Civil Action Number:<br>21-C-02932-S5 |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the above-reference case and that I was able to serve THE FOLLOWING DOCUMENTS: **Summons, Jury Trial Demanded, Complaint for Damages, Order, and General Civil and Domestic Relations Case Filing Information Form**, on K2D, Inc. d/b/a Colorado Premium Foods in Weld County, Colorado on **4/20/2021 at 11:48 a.m. (MST) at 2035 2nd Ave., Greeley, CO 80631.**

The documents were served as follows: by handing the documents to the Human Resources Manager, Soila Delgado, located at 2035 2nd Ave., Greeley, CO 80631.

## VERIFICATION AND ACKNOWLEDGEMENT

I, Ron Klave, swear and affirm under oath, and under penalty of perjury, that I have read the foregoing Affidavit of Service and that the statements set forth therein are true and correct to the best of my knowledge.

Subscribed and affirmed, or sworn to before me in the County of Weld, State of Colorado this 21st day of April, 2021.

My Commission Expires: _March 10, 2022_

_____
Notary Public

_____
Process Server

CHAD S WUTHRICH
Notary Public - State of Colorado
Notary ID 20024004928
My Commission Expires Mar 10, 2022

**Exhibit 2 - Page 40 of 47**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**
**5/20/2021 9:33 AM**
TIANA P. GARNER, CLERK

| IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA | |
|---|---|
| Plaintiff: **Sean Robinson** v. Defendants: **K2D, Inc. D/B/A Colorado Premium Foods, et al.** <br><br> K2D, Inc. of Colorado <br> C/O Kevin David LaFleur, Registered Agent <br> 2035 2nd Avenue <br> Greeley, CO 80631 | ▲COURT USE ONLY▲ |
| Attorney for Plaintiff: <br> TERRY D. JACKSON, P.C. #386033 <br> 600 Edgewood Avenue <br> Atlanta, Georgia 30312 <br> (404) 216-5312 cell <br> (404) 659-2400 office <br> (404) 659-2414 fax <br> terry@terryjacksonlaw.com | Civil Action Number: <br> 21-C-02932-S5 |
| **AFFIDAVIT OF SERVICE** | |

I declare under oath that I am 18 years or older and not a party to the above-reference case and that I was able to serve THE FOLLOWING DOCUMENTS: **Summons, Jury Trial Demanded, Complaint for Damages, Order, and General Civil and Domestic Relations Case Filing Information Form**, on K2D Inc. of Colorado in Weld County, Colorado on **4/20/2021 at 11:48 a.m. (MST) at 2035 2nd Ave., Greeley, CO 80631.**

    The documents were served as follows: by handing the documents to the Human Resources Manager, Soila Delgado, located at 2035 2nd Ave., Greeley, CO 80631.

### VERIFICATION AND ACKNOWLEDGEMENT

    I, Ron Klave, swear and affirm under oath, and under penalty of perjury, that I have read the foregoing Affidavit of Service and that the statements set forth therein are true and correct to the best of my knowledge.

Subscribed and affirmed, or sworn to before me in the County of Weld, State of Colorado this 21st day of April, 2021.

My Commission Expires: _March 10 2022_

_____
Notary Public

_____
Process Server

CHAD S WUTHRICH
Notary Public - State of Colorado
Notary ID 20024004928
My Commission Expires Mar 10, 2022

**Exhibit 2 - Page 41 of 47**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**5/20/2021 9:33 AM**

**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON, )
   )
  Plaintiff, )
   ) Civil Action File No.
v. ) 21-C-02932-S5
   )
K2D, INC. D/B/A COLORADO ) **JURY TRIAL DEMANDED**
PREMIUM FOODS, et al. )
   )
  Defendants. )

## <u>AFFIDAVIT OF SERVICE OF STEPHEN LYON</u>

COMES NOW Stephen Lyon, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and being sworn on oath, deposes and states as follows:

1. On April 20, 2021, at approximately 12:41 p.m. (CDT), I served a copy of the following items:

  A. Summons;

  B. Complaint for Damages;

  C. Civil Case Filing Information Form; and

  D. Order Appointing Special Process Server

in the above-styled matter to North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales, at the following address:

**Exhibit 2 - Page 42 of 47**

North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
North Star Imports & Sales
C/O Jacob Goldberger, Managing Member
3459 Washington Drive, Suite 106
Eagan, Minnesota 55122

2.     Said documents were served by handing the same **personally** to Jacob

Goldberger, Managing Member and Registered Agent, who accepted those

documents on behalf of North Star Imports, LLC d/b/a North Star Imports & Sales

LLC and North Star Imports & Sales at that address.

FURTHER AFFIANT SAITH NOT.

Stephen Lyon

Sworn to and subscribed before me
this 22ⁿᵈ day of April, 2021.

Notary Public
My Commission Expires:  1/31/2023



JILL ANDERSEN LYON
Notary Public, State of Minnesota
My Commission Expires
January 31, 2023

Page 2 of 2

**Exhibit 2 - Page 43 of 47**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Court File # 21-C-02932-S5

Sean Robison,

               Plaintiff(s),

vs.

**AFFIDAVIT OF SERVICE**

K2D, Inc. D/B/A Colorado Premium Foods, et al.,

               Defendant(s).

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Stephen Lyon, state that on April 20, 2021, at 12:41 pm, I served a copy of the Summons; Complaint for Damages; General Civil and Domestic Relations Case Filing Information Form; and Order in the above entitled action upon North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales therein named, at 3459 Washington Dr., Suite 106, Eagan, MN 55122, in the County of Dakota, by handing to and leaving with Jacob Goldberger (Registered Agent of North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales) true and correct copies thereof.

Signed in the state of: <u>Minnesota</u>

In the county of: <u>Hennepin</u>

Dated: <u>April 20, 2021</u>

               Stephen Lyon

               7800 Metro Parkway #300
               Bloomington, MN 55425
               (612) 860-5844
               service@prolegalmn.com

*Subscribed and sworn to before me by the affiant who is*

*personally known to me.*

**Notary Public**

<u>4/20/21</u>        <u>1/31/2023</u>

**Date**           **Commission Expires**

**JILL ANDERSEN LYON**
Notary Public, State of Minnesota
My Commission Expires
January 31, 2023

**Exhibit 2 - Page 44 of 47**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-02932-S5**

**5/20/2021 9:33 AM**

**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,          )
                       )
    Plaintiff,        )
                       )    Civil Action File No.
v.                  )    21-C-02932-S5
                       )
K2D, INC. D/B/A COLORADO   )    **JURY TRIAL DEMANDED**
PREMIUM  FOODS, et al.     )
                       )
    Defendants.     )

## <u>AFFIDAVIT OF SERVICE OF STEPHEN LYON</u>

COMES NOW Stephen Lyon, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and being sworn on oath, deposes and states as follows:

1.    On April 20, 2021, at approximately 12:41 p.m. (CDT), I served a copy of the following items:

    A.    Summons;

    B.    Complaint for Damages;

    C.    Civil Case Filing Information Form; and

    D.    Order Appointing Special Process Server

in the above-styled matter to North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales, at the following address:

**Exhibit 2 - Page 45 of 47**

North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
North Star Imports & Sales
C/O Jacob Goldberger, Managing Member
3459 Washington Drive, Suite 106
Eagan, Minnesota 55122

2.    Said documents were served by handing the same **personally** to Jacob

Goldberger, Managing Member and Registered Agent, who accepted those

documents on behalf of North Star Imports, LLC d/b/a North Star Imports & Sales

LLC and North Star Imports & Sales at that address.

FURTHER AFFIANT SAITH NOT.

_____
Stephen Lyon

Sworn to and subscribed before me
this 22ⁿᵈ day of April, 2021.

_____
Notary Public
My Commission Expires:  1/31/2023



JILL ANDERSEN LYON
Notary Public, State of Minnesota
My Commission Expires
January 31, 2023

Page 2 of 2

**Exhibit 2 - Page 46 of 47**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Court File # 21-C-02932-S5

Sean Robison,

        Plaintiff(s),

vs.

                                        **AFFIDAVIT OF SERVICE**

K2D, Inc. D/B/A Colorado Premium Foods, et al.,

        Defendant(s).

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Stephen Lyon, state that on April 20, 2021, at 12:43 pm, I served a copy of the Summons; Complaint for Damages; General Civil and Domestic Relations Case Filing Information Form; and Order in the above entitled action upon North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales therein named, at 3459 Washington Dr., Suite 106, Saint Paul, MN 55122, in the County of Dakota, by handing to and leaving with Jacob Goldberger (Managing Member of North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales) true and correct copies thereof.

Signed in the state of: <u>Minnesota</u>

In the county of: <u>Hennepin</u>

Dated: <u>April 20, 2021</u>

                                                   Stephen Lyon

                                                   7800 Metro Parkway #300
                                                   Bloomington, MN 55425
                                                   (612) 860-5844
                                                   service@prolegalmn.com

*Subscribed and sworn to before me by the affiant who is*

*personally known to me.*

_____

**Notary Public**

JILL ANDERSEN LYON
Notary Public, State of Minnesota
My Commission Expires
January 31, 2023

_____

**Date**                        **Commission Expires**

**Exhibit 2 - Page 47 of 47**

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/20/2024 2:03 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

_____

_____

_____

PLAINTIFF

CIVIL ACTION
NUMBER:_____24-C-05576-S5_____

VS.

_____

_____

_____

DEFENDANT

Grant Park Packing Company, Inc.
C/O Robert M. Dreger, Registered Agent
910 W Van Buren Street #503
Chicago, IL 60607

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of ___20th day of June, 2024_____, 20_____.

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**
**6/20/2024 2:03 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

_____

_____

_____

**PLAINTIFF**

VS.

_____

_____

_____

**DEFENDANT**

CIVIL ACTION
NUMBER:_____24-C-05576-S5_____

K2D, Inc. of Colorado
C/O Corporation Service Company, Registered Agent
1900 W. Littleton Blvd.
Littleton, CO 80120

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

   You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This** _____ **day of** ___20th day of June, 2024_____,   **20_____.**

**Tiana P. Garner**
**Clerk of State Court**

**By**_____
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**
**6/20/2024 2:03 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

_____

_____

_____

PLAINTIFF

VS.

_____

_____

_____

DEFENDANT

CIVIL ACTION
NUMBER:_____24-C-05576-S5_____

K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods
C/O Corporation Service Company, Registered Agent
1900 W. Littleton Blvd.
Littleton, CO 80120

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of ___20th day of June, 2024_____, 20_____.

**Tiana P. Garner**
**Clerk of State Court**

By_____

**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**
**6/20/2024 2:03 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

_____

_____

_____

CIVIL ACTION
NUMBER:_____  24-C-05576-S5

**PLAINTIFF**

VS.

_____

_____

_____

North Star Imports, LLC d/b/a North Star Imports & Sales LLC
and North Star Imports & Sales
C/O Jacob Goldberger, Managing Member
3459 Washington Drive, Suite 106
Eagan, Minnesota 55122

**DEFENDANT**

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____ 20th day of June, 2024 _____, 20_____.

**Tiana P. Garner**
**Clerk of State Court**

By _____
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/20/2024 2:03 PM**

**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

_____

_____

_____

              **PLAINTIFF**

CIVIL ACTION
NUMBER: 24-C-05576-S5 _____

VS.

_____

_____

_____

              **DEFENDANT**

North Star Imports, LLC d/b/a North Star Imports & Sales LLC
and North Star Imports & Sales
C/O Jacob Goldberger, Registered Agent
3348 Sherman Court
Eagan, MN 55121

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

    **You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:**

**an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

**This** _____ **day of** ___20th day of June, 2024_____ **, 20**_____.

                                 **Tiana P. Garner**
                                 **Clerk of State Court**

**By**_____
               **Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/20/2024 2:03 PM**
TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

_____

_____

_____

**PLAINTIFF**

VS.

_____

_____

_____

**DEFENDANT**

CIVIL ACTION
NUMBER:_____ 24-C-05576-S5

US Foods, Inc.
C/O Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

    **You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:**

**an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

**This** _____ **day of** _____ **,  20_____.**
20th day of June, 2024

**Tiana P. Garner**
**Clerk of State Court**

**By**_____
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/21/2024 9:20 AM**

**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                                   )
                                                )
    Plaintiff,                              )
                                                )       Civil Action File No.
v.                                              )
                                                )       24-C-05576-S5
K2D, LLC, a Colorado Limited                    )       _____
Liability Company F/K/A K2D, INC.,              )
D/B/A COLORADO PREMIUM FOODS,                    )
a Colorado corporation,                         )       **JURY TRIAL DEMANDED**
K2D, INC. OF COLORADO a Colorado                )
corporation,                                    )
                                                )
GRANT PARK PACKING COMPANY,                     )
INC., an Illinois corporation,                  )
                                                )
NORTH STAR IMPORTS, LLC, D/B/A                  )
NORTH STAR IMPORTS & SALES LLC                  )
& NORTH STAR IMPORTS & SALES, a                 )
Minnesota limited liability company,            )
                                                )
US FOODS, INC., a Delaware corporation,         )
                                                )
& JOHN DOE DEFENDANTS (1-5),                    )
                                                )
    Defendants.                             )

## ORDER

The Court having read and considered Plaintiff's motion to appoint a private

process server, does hereby appoint Stephen Lyon as a special agent for service of

process on Defendants North Star Imports, LLC d/b/a North Star Imports & Sales

LLC and North Star Imports & Sales in the above-styled matter.

IT IS HEREBY ORDERED.

This __21st__ day of __June_____, 2024.

_____

Judge  ERICA K. DOVE
Gwinnett County State Court

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-05576-S5**
**6/21/2024 2:34 PM**
TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

| Case:<br>24-C-05576-S5 | Court:<br>In the State Court of Gwinnett County | County:<br>Gwinnett | Job:<br>11284859 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Sean Robison | | **Defendant / Respondent:**<br>K2D, Inc. d/b/a Colorado Premium Foods, et al. | |
| **Received by:**<br>Fenrir Group | | **For:**<br>Terry D. Jackson, P.C. | |
| **To be served upon:**<br>US Foods, Inc. | | | |

I, Alexandra Dalman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Corporation Service Company, c/o Alicia Smith, 2 Sun Court Suite 400, Peachtree Corners, GA 30092

**Manner of Service:**   Registered Agent, Jun 21, 2024, 9:49 am EDT

**Documents:**   Summons to US Foods, Inc., Plaintiff's Renewed Complaint for Damages, Motion for Appointment of Private Process Server Stephen Lyon, Affidavit of Stephen Lyon in Support of Appointment of Private Process Server, Affidavit of Counsel for Appointment of Private Process Server Stephen Lyon, General Civil and Domestic Relations Case Filing Information Form

**Additional Comments:**
1) Successful Attempt: Jun 21, 2024, 9:49 am EDT at 2 Sun Court Suite 400, Peachtree Corners, GA 30092 received by Corporation Service Company, c/o Alicia Smith.

Alexandra Dalman   06/21/2024

Alexandra Dalman          **Date**

Fenrir Group
Decatur, GA

Subscribed and sworn to before me by the affiant who is
personally known to me.

**Notary Public**

6-21-24          10 - 23 - 27

**Date**          **Commission Expires**



E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/21/2024 3:26 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SEAN ROBISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| K2D, LLC, a Colorado Limited | ) |
| Liability Company F/K/A K2D, INC., | ) |
| D/B/A COLORADO PREMIUM FOODS, | ) |
| a Colorado corporation, | ) |
| K2D, INC. OF COLORADO a Colorado | ) |
| corporation, | ) |
| | ) |
| GRANT PARK PACKING COMPANY, | ) |
| INC., an Illinois corporation, | ) |
| | ) |
| NORTH STAR IMPORTS, LLC, D/B/A | ) |
| NORTH STAR IMPORTS & SALES LLC | ) |
| & NORTH STAR IMPORTS & SALES, a | ) |
| Minnesota limited liability company, | ) |
| | ) |
| US FOODS, INC., a Delaware corporation, | ) |
| | ) |
| & JOHN DOE DEFENDANTS (1-5), | ) |
| | ) |
| Defendants. | ) |

Civil Action File No.
24-C-05576-S5

**JURY TRIAL DEMANDED**

## AFFIDAVIT OF DANIELA BERT IN SUPPORT OF APPOINTMENT OF PRIVATE PROCESS SERVER

Personally appeared before the undersigned officer duly authorized to

administer oaths, Daniela Bert, who after first being duly sworn, states and deposes

as follows:

1.    My name is Daniela Bert, I am of legal age, sound mind and am otherwise competent to make this affidavit. The matters stated herein are within my personal knowledge and I know them to be true and correct.

2.    I am employed as a private process server at Elite Process Serving, Inc. I am over the age of 18, a U.S. citizen, and of sound mind and body. I have previously served complaints and summons for various law firms. I am not a party, relative to a party, or related to any attorney in this matter, not an attorney of any party, I have no financial interest in the outcome of this litigation, and I am wholly disinterested as a person, directly or indirectly, to the outcome of this case or litigation.

3.    I file this affidavit in support of Mr. Terry Jackson's motion to appoint me to serve civil process in the above styled lawsuit.

FURTHER AFFIANT SAITH NOT.

Daniela Bert

Sworn to and subscribed before me
this _21_ day of _June_, 2024.

_____
Notary Public
My Commission Expires: _Nov. 20, 2025_

ALGIMANTAS REMEIKA
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 20, 2025

Case 1:24-cv-03272-TWT    Document 1-1    Filed 07/24/24    Page 84 of 142

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/21/2024 3:26 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SEAN ROBISON,<br><br>    Plaintiff,<br><br>v.<br><br>K2D, LLC, a Colorado Limited<br>Liability Company F/K/A K2D, INC.,<br>D/B/A COLORADO PREMIUM FOODS,<br>a Colorado corporation,<br>K2D, INC. OF COLORADO a Colorado<br>corporation,<br><br>GRANT PARK PACKING COMPANY,<br>INC., an Illinois corporation,<br><br>NORTH STAR IMPORTS, LLC, D/B/A<br>NORTH STAR IMPORTS & SALES LLC<br>& NORTH STAR IMPORTS & SALES, a<br>Minnesota limited liability company,<br><br>US FOODS, INC., a Delaware corporation,<br><br>& JOHN DOE DEFENDANTS (1-5),<br><br>    Defendants. | Civil Action File No.<br>24-C-05576-S5<br><br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF COUNSEL FOR APPOINTMENT OF PRIVATE PROCESS SERVER DANIELA BERT

Personally appeared before the undersigned officer duly authorized to

administer oaths, Terry D. Jackson, who after first being duly sworn, states and

deposes as follows:

1.     My name is Terry D. Jackson, I am of legal age, sound mind and am otherwise competent to make this affidavit. The matters stated herein are within my personal knowledge and I know them to be true and correct.

2.     I have filed a motion with this Court requesting that it appoint Daniela Bert, a private process server, as a special agent for service of process on Defendants in the above-styled matter.

3.     Ms. Bert is over the age of 18, a U.S. citizen, and is of sound mind and body. She has previously served complaints and summons for various law firms.

4.     She is not a party, relative to a party, or related to any attorney in this matter, not an attorney of any party. She has no financial interest in the outcome of this litigation, and he is wholly disinterested as a person, directly or indirectly, to the outcome of this case or litigation.

5.     Counsel respectfully requests that this honorable Court appoint Ms. Daniela Bert as a special agent for service of process in this case.

FURTHER AFFIANT SAITH NOT.

TERRY D. JACKSON
Georgia Bar No. 386033

Sworn to and subscribed before me
this 21st day of June , 2024.

Notary Public
My Commission Expires: 1/15/2028

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/21/2024 3:26 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER</u>

COMES NOW Plaintiff and respectfully request that the Court appoint the

following private process server to serve Defendant Grant Park Packing Company,

Inc. in the above-styled matter:

Daniela Bert
Elite Process Serving, Inc.
16106 Route 59, Suite 200
Plainfield, IL 60586
855-299-4600

Ms. Daniela Bert is a private process server, over the age of 18, a U.S. citizen, and is of sound mind and body. She has previously served complaints and summons for various law firms. She is not a party, relative to a party, or related to any attorney in this matter, not an attorney of any party, and not a convicted felon. She has no financial interest in the outcome of this litigation, and she is wholly disinterested as a person, directly or indirectly, to the outcome of this case or litigation. Attached to this motion is a proposed Order for the Court's signature and an affidavit of Plaintiff's counsel stating that Ms. Bert has previously served lawsuits on behalf of other law firms.

WHEREFORE Plaintiff respectfully requests that the Court appoint Ms. Bert to serve the complaint and summons on Defendant Grant Park Packing Company, Inc. in the above-styled matter.

Dated:        June 21, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
        TERRY D. JACKSON
        Georgia Bar No. 386033



*"We Know Trucks"*
[www.terryjacksonlaw.com](www.terryjacksonlaw.com)

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/21/2024 2:34 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AFFIDAVIT OF SERVICE

COMES NOW Plaintiff and files the Affidavit of Service of Alexandra

Dalman for service on Defendant U.S. Foods, Inc., on June 21, 2024.  The Order of

Appointment for Ms. Dalman is attached hereto as *Exhibit 1*.

Dated:        June 21, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
TERRY D. JACKSON
Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax

# EXHIBIT 1

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

IN RE: Permanent Process Servers
Case Number:

230 09532 7

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2025.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this ____2nd____ day of ____January____ , 20 _24_ .

_____
Presiding Judge
Gwinnett County State Court

Applicant:

Name        Alexandra Dalman

Address     1501 Clairmont Rd #736
            Decatur, GA  30033

**Exhibit 1 - Page 1 of 1**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

within and foregoing **NOTICE OF FILING AFFIDAVIT OF SERVICE** upon

the parties by placing the same in a properly addressed envelope with adequate

postage affixed thereon via First Class U.S. Mail, e-filing, or by hand delivery as

directed by the Court to:

> K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods
> C/O Corporation Service Company, Registered Agent
> 1900 W. Littleton Blvd.
> Littleton, CO 80120
>
> K2D, Inc. of Colorado
> C/O Corporation Service Company, Registered Agent
> 1900 W. Littleton Blvd.
> Littleton, CO 80120
>
> Grant Park Packing Company, Inc.
> C/O Robert M. Dreger, Registered Agent
> 910 W Van Buren Street #503
> Chicago, IL 60607
>
> North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
> North Star Imports & Sales
> C/O Jacob Goldberger, Managing Member
> 3459 Washington Drive, Suite 106
> Eagan, Minnesota 55122
>
> North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
> North Star Imports & Sales
> C/O Jacob Goldberger, Registered Agent
> 3348 Sherman Court
> Eagan, MN 55121
>
> US Foods, Inc.
> C/O Corporation Service Company, Registered Agent
> 2 Sun Court, Suite 400
> Peachtree Corners, GA 30092

Dated:        June 21, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF**
**SEAN ROBISON:**

By:    _/s/ Terry D. Jackson_
       TERRY D. JACKSON
       Georgia Bar No. 386033



_"We Know Trucks"_
[www.terryjacksonlaw.com](www.terryjacksonlaw.com)

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
[terry@terryjacksonlaw.com](terry@terryjacksonlaw.com)

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/24/2024 2:54 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

The Court having read and considered Plaintiff's motion to appoint a private

process server, does hereby appoint Daniela Bert as a special agent for service of

process on Defendant Grant Park Packing Company, Inc. in the above-styled

matter.

IT IS HEREBY ORDERED.

This __24TH__ day of __JUNE_____, 2024.

_____
Judge Erica K. Dove
Gwinnett County State Court

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/24/2024 5:28 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                                    )
                                                 )
    Plaintiff,                              )
                                                 )            Civil Action File No.
v.                                               )
                                                 )            _____
K2D, LLC, a Colorado Limited                     )
Liability Company F/K/A K2D, INC.,               )
D/B/A COLORADO PREMIUM FOODS,                    )
a Colorado corporation,                          )            **JURY TRIAL DEMANDED**
K2D, INC. OF COLORADO a Colorado                 )
corporation,                                     )
                                                 )
GRANT PARK PACKING COMPANY,                      )
INC., an Illinois corporation,                   )
                                                 )
NORTH STAR IMPORTS, LLC, D/B/A                   )
NORTH STAR IMPORTS & SALES LLC                   )
& NORTH STAR IMPORTS & SALES, a                  )
Minnesota limited liability company,             )
                                                 )
US FOODS, INC., a Delaware corporation,          )
                                                 )
& JOHN DOE DEFENDANTS (1-5),                     )
                                                 )
    Defendants.                             )

## AFFIDAVIT OF TARA MINTO IN SUPPORT OF APPOINTMENT OF PRIVATE PROCESS SERVER

Personally appeared before the undersigned officer duly authorized to

administer oaths, Tara Minto, who after first being duly sworn, states and deposes

as follows:

Page 1 of 2

1.     My name is Tara Minto, I am of legal age, sound mind and am otherwise competent to make this affidavit. The matters stated herein are within my personal knowledge and I know them to be true and correct.

2.     I am employed as a private process server at Front Range Legal Process Service. I am over the age of 18, a U.S. citizen, and of sound mind and body. I have previously served complaints and summons for various law firms. I am not a party, relative to a party, or related to any attorney in this matter, not an attorney of any party, I have no financial interest in the outcome of this litigation, and I am wholly disinterested as a person, directly or indirectly, to the outcome of this case or litigation.

3.     I file this affidavit in support of Mr. Terry Jackson's motion to appoint me to serve civil process in the above styled lawsuit.

FURTHER AFFIANT SAITH NOT.

_____
Tara Minto

Sworn to and subscribed before me
this 24 day of June , 2024.

_____
Notary Public
My Commission Expires:

HEATHER HEATH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184032275
MY COMMISSION EXPIRES SEPTEMBER 13, 2026

Page 2 of 2

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-05576-S5**
**6/24/2024 5:28 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SEAN ROBISON,                                )
                                             )
    Plaintiff,                               )
                                             )       Civil Action File No.
v.                                           )       24-C-05576-S5
                                             )
K2D, LLC, a Colorado Limited                 )
Liability Company F/K/A K2D, INC.,           )
D/B/A COLORADO PREMIUM FOODS,                )
a Colorado corporation,                      )       **JURY TRIAL DEMANDED**
K2D, INC. OF COLORADO a Colorado             )
corporation,                                 )
                                             )
GRANT PARK PACKING COMPANY,                  )
INC., an Illinois corporation,               )
                                             )
NORTH STAR IMPORTS, LLC, D/B/A               )
NORTH STAR IMPORTS & SALES LLC               )
& NORTH STAR IMPORTS & SALES, a              )
Minnesota limited liability company,         )
                                             )
US FOODS, INC., a Delaware corporation,      )
                                             )
& JOHN DOE DEFENDANTS (1-5),                 )
                                             )
    Defendants.                              )

## AFFIDAVIT OF COUNSEL FOR APPOINTMENT OF PRIVATE PROCESS SERVER TARA MINTO

Personally appeared before the undersigned officer duly authorized to administer oaths, Terry D. Jackson, who after first being duly sworn, states and deposes as follows:

1.      My name is Terry D. Jackson, I am of legal age, sound mind and am otherwise competent to make this affidavit. The matters stated herein are within my personal knowledge and I know them to be true and correct.

2.      I have filed a motion with this Court requesting that it appoint Tara Minto, a private process server, as a special agent for service of process on Defendants in the above-styled matter.

3.      Ms. Minto is over the age of 18, a U.S. citizen, and is of sound mind and body. She has previously served complaints and summons for various law firms.

4.      She is not a party, relative to a party, or related to any attorney in this matter, not an attorney of any party. She has no financial interest in the outcome of this litigation, and she is wholly disinterested as a person, directly or indirectly, to the outcome of this case or litigation.

5.      Counsel respectfully requests that this honorable Court appoint Ms. Tara Minto as a special agent for service of process in this case.

FURTHER AFFIANT SAITH NOT.

_____
TERRY D. JACKSON
Georgia Bar No. 386033

Sworn to and subscribed before me
this 21st day of June , 2024.

Notary Public
My Commission Expires: 1/15/2028

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/20/2024 2:03 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 24-C-05576-S5 |
| K2D, LLC, a Colorado Limited | ) | _____ |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER</u>

COMES NOW Plaintiff and respectfully request that the Court appoint the

following private process server to serve Defendants North Star Imports, LLC d/b/a

North Star Imports & Sales LLC and North Star Imports & Sales in the above-styled

matter:

Stephen Lyon
Pro Legal Support Services, Inc.
7800 Metro Parkway. #300
Bloomington, MN 55425
(612) 860-5844

Mr. Stephen Lyon is a private process server, over the age of 18, a U.S.

citizen, and is of sound mind and body. He has previously served complaints and

summons for various law firms, including for Plaintiff's Counsel. He is not a party,

relative to a party, or related to any attorney in this matter, not an attorney of any

party, and not a convicted felon. He has no financial interest in the outcome of this

litigation, and he is wholly disinterested as a person, directly or indirectly, to the

outcome of this case or litigation. Attached to this motion is a proposed Order for

the Court's signature and an affidavit of Plaintiff's counsel stating that Mr. Lyon

has previously served lawsuits on behalf of other law firms.

WHEREFORE Plaintiff respectfully requests that the Court appoint Mr.

Lyon to serve the complaint and summons on Defendants North Star Imports, LLC

d/b/a North Star Imports & Sales LLC and North Star Imports & Sales in the above-

styled matter.

Dated:        June 20, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    _/s/ Terry D. Jackson_
       TERRY D. JACKSON
       Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/24/2024 5:28 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SEAN ROBISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 24-C-05576-S5 |
| ) | |
| K2D, LLC, a Colorado Limited ) | |
| Liability Company F/K/A K2D, INC., ) | |
| D/B/A COLORADO PREMIUM FOODS, ) | |
| a Colorado corporation, ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado ) | |
| corporation, ) | |
| ) | |
| GRANT PARK PACKING COMPANY, ) | |
| INC., an Illinois corporation, ) | |
| ) | |
| NORTH STAR IMPORTS, LLC, D/B/A ) | |
| NORTH STAR IMPORTS & SALES LLC ) | |
| & NORTH STAR IMPORTS & SALES, a ) | |
| Minnesota limited liability company, ) | |
| ) | |
| US FOODS, INC., a Delaware corporation, ) | |
| ) | |
| & JOHN DOE DEFENDANTS (1-5), ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff and respectfully request that the Court appoint the

following private process server to serve Defendants K2D, Inc. d/b/a Colorado

Premium Foods and K2D, Inc. of Colorado in the above-styled matter:

Tara Minto
Front Range Legal Process Service
145 W Swallow Rd
Fort Collins, CO 80525
888-387-3783

Ms. Tara Minto is a private process server, over the age of 18, a U.S. citizen, and is of sound mind and body. She has previously served complaints and summons for various law firms. She is not a party, relative to a party, or related to any attorney in this matter, not an attorney of any party, and not a convicted felon. She has no financial interest in the outcome of this litigation, and she is wholly disinterested as a person, directly or indirectly, to the outcome of this case or litigation. Attached to this motion is a proposed Order for the Court's signature and an affidavit of Plaintiff's counsel stating that Ms. Minto has previously served lawsuits on behalf of other law firms.

WHEREFORE Plaintiff respectfully requests that the Court appoint Ms. Tara Minto to serve the complaint and summons on Defendant K2D, Inc. d/b/a Colorado Premium Foods in the above-styled matter.


Dated:        June 24, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
            TERRY D. JACKSON
            Georgia Bar No. 386033



*"We Know Trucks"*
[www.terryjacksonlaw.com](www.terryjacksonlaw.com)

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/26/2024 10:51 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AFFIDAVITS OF SERVICE

COMES NOW Plaintiff and files the following Affidavits of Service:

1.      Affidavit of Service of Stephen Lyon for Service on Jacob Goldberger

as the Managing Member for Defendant North Star Imports, LLC d/b/a North Star

Imports & Sales LLC and North Star Imports & Sales, on June 21, 2024; and

2.      Affidavit of Service of Stephen Lyon for Service on Jacob Goldberger

as the Registered Agent for Defendant North Star Imports, LLC d/b/a North Star

Imports & Sales LLC and North Star Imports & Sales, on June 21, 2024.

The Order of Appointment for Mr. Lyon is attached hereto as *Exhibit 1*.

Dated:        June 26, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:   */s/ Terry D. Jackson*
        TERRY D. JACKSON
        Georgia Bar No. 386033



*"We Know Trucks"*
www.terryjacksonlaw.com

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax

# EXHIBIT 1

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-05576-S5**
**6/21/2024 9:20 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 24-C-05576-S5 |
| K2D, LLC, a Colorado Limited | ) | _____ |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court having read and considered Plaintiff's motion to appoint a private

process server, does hereby appoint Stephen Lyon as a special agent for service of

process on Defendants North Star Imports, LLC d/b/a North Star Imports & Sales

LLC and North Star Imports & Sales in the above-styled matter.

IT IS HEREBY ORDERED.

This ___21st___ day of ___June_____, 2024.

_____

Judge ___ ERICA K. DOVE

Gwinnett County State Court

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

within and foregoing **NOTICE OF FILING AFFIDAVITS OF SERVICE** upon

the parties by placing the same in a properly addressed envelope with adequate

Page 3 of 5

postage affixed thereon via First Class U.S. Mail, e-filing, or by hand delivery as

directed by the Court to:

> K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods
> C/O Corporation Service Company, Registered Agent
> 1900 W. Littleton Blvd.
> Littleton, CO 80120

> K2D, Inc. of Colorado
> C/O Corporation Service Company, Registered Agent
> 1900 W. Littleton Blvd.
> Littleton, CO 80120

> Grant Park Packing Company, Inc.
> C/O Robert M. Dreger, Registered Agent
> 910 W Van Buren Street #503
> Chicago, IL 60607

> North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
> North Star Imports & Sales
> C/O Jacob Goldberger, Managing Member
> 3459 Washington Drive, Suite 106
> Eagan, Minnesota 55122

> North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
> North Star Imports & Sales
> C/O Jacob Goldberger, Registered Agent
> 3348 Sherman Court
> Eagan, MN 55121

> US Foods, Inc.
> C/O Corporation Service Company, Registered Agent
> 2 Sun Court, Suite 400
> Peachtree Corners, GA 30092

Dated:          June 26, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
       TERRY D. JACKSON
       Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**6/25/2024 9:53 AM**

TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| SEAN ROBISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| K2D, LLC, a Colorado Limited | ) |
| Liability Company F/K/A K2D, INC., | ) |
| D/B/A COLORADO PREMIUM FOODS, | ) |
| a Colorado corporation, | ) |
| K2D, INC. OF COLORADO a Colorado | ) |
| corporation, | ) |
| | ) |
| GRANT PARK PACKING COMPANY, | ) |
| INC., an Illinois corporation, | ) |
| | ) |
| NORTH STAR IMPORTS, LLC, D/B/A | ) |
| NORTH STAR IMPORTS & SALES LLC | ) |
| & NORTH STAR IMPORTS & SALES, a | ) |
| Minnesota limited liability company, | ) |
| | ) |
| US FOODS, INC., a Delaware corporation, | ) |
| | ) |
| & JOHN DOE DEFENDANTS (1-5), | ) |
| | ) |
| Defendants. | ) |

Civil Action File No.
24-C-05576-S5


**JURY TRIAL DEMANDED**

## <u>ORDER</u>

The Court having read and considered Plaintiff's motion to appoint a private

process server, does hereby appoint Tara Minto as a special agent for service of

process on Defendants K2D, LLC. d/b/a Colorado Premium Foods and K2D, Inc.

of Colorado in the above-styled matter.

IT IS HEREBY ORDERED.

This __25th__ day of __June_____, 2024.

_____
Judge Erica K. Dove
Gwinnett County State Court

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-05576-S5**
**6/26/2024 10:51 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Court File # 24-C-05576-S5

Sean Robinson,

Plaintiff(s),

vs.

**AFFIDAVIT OF SERVICE**

K2D, Inc. d/b/a Colorado

Premium Foods, et al.,

Defendant(s).

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Stephen Lyon, state that on June 21, 2024, at 2:17 pm, I served a copy of the Summons; Plaintiff's Renewed Complaint for Damages with Exhibits; and Order in the above-captioned case upon North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales therein named, at 3459 Washington Drive, Suite 106, Eagan, MN 55122, in the County of Dakota, by handing to and leaving with Jacob Goldberger (Manager of North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales) true and correct copies thereof.

Signed in the state of: <u>Minnesota</u>

In the county of: <u>Hennepin</u>

Stephen Lyon
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com

*Subscribed and sworn to before me by the affiant who is*

*personally known to me.*

**Notary Public**

6-25-24                    1-31-28

**Date**                    **Commission Expires**

PATRICIA GAYLE LEHN
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1/31/2028

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
24-C-05576-S5
6/26/2024 10:51 AM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Court File # 24-C-05576-S5

Sean Robinson,

        Plaintiff(s),

vs.

**AFFIDAVIT OF SERVICE**

K2D, Inc. d/b/a Colorado

Premium Foods, et al.,

        Defendant(s).

---

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Stephen Lyon, state that on June 21, 2024, at 2:19 pm, I served a copy of the Summons; Plaintiff's Renewed Complaint for Damages with Exhibits; and Order in the above-captioned case upon North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales therein named, at 3459 Washington Drive, Suite 106, Eagan, MN 55122, in the County of Dakota, by handing to and leaving with Jacob Goldberger (Registered Agent of North Star Imports, LLC d/b/a North Star Imports & Sales LLC and North Star Imports & Sales) true and correct copies thereof.

Signed in the state of: <u>Minnesota</u>

In the county of: <u>Hennepin</u>

Stephen Lyon
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com

*Subscribed and sworn to before me by the affiant who is*

*personally known to me.*

**Notary Public**

PATRICIA GAYLE LEHN
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1/31/2028

6-25-24          1-31-28

**Date**                  **Commission Expires**

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**
**7/2/2024 10:03 AM**
**TIANA P. GARNER, CLERK**

## AFFIDAVIT OF SERVICE

State of Georgia                 County of Gwinnett                        State Court

Case Number: 24-C-05576-S5

Plaintiff:
**Sean Robison**

vs.

Defendants:
**K2D, LLC f/k/a K2D, Inc. d/b/a Colorado Premium Foods, et al.**

For:
Terry D. Jackson P.C.
600 Edgewood Avenue
Atalnta, GA 30312

Received by Front Range Legal Process Service to be served on **K2D, Inc. of Colorado, 1900 W. Littleton Blvd., Littleton, CO 80120**.

I, Tara Minto, being duly sworn, depose and say that on the **25th day of June, 2024** at **12:38 pm, I:**

affirm that I served the **Summons; Plaintiff's Renewed Complaint for Damages; Exhibits; Motion for Appointment of Private Process Server; Affidavit of Stephen Lyon in Support of Appointment of Private Process Server; Order** upon **K2D, Inc. of Colorado** by leaving the papers with **Cole Stender of Corporation Service Company(Registered Agent)** who is an agent authorized and/or designated to receive service for **K2D, Inc. of Colorado**. Service was made at **1900 W. Littleton Blvd., Littleton, CO 80120**.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: White, Height: 6'0, Weight: 195, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Service was made pursuant to the rules and regulations of the State of Colorado.

**Tara Minto**
Process Server

Subscribed and Sworn to before me on the 26th
day of June, 2024 by the affiant who is personally
known to me

**Front Range Legal Process Service**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(970) 267-9109**

NOTARY PUBLIC
My commission expires_____

Our Job Serial Number: FRS-2024005748
Service Fee: _____

HEATHER HEATH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184032275
MY COMMISSION EXPIRES SEPTEMBER 13, 2026

Copyright © 1992-2024 DreamBuilt Software Inc. - Process Server's Toolbox V9 0a

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**
**7/2/2024 10:03 AM**
**TIANA P. GARNER, CLERK**

## AFFIDAVIT OF SERVICE

**State of Georgia**                    **County of Gwinnett**                    **State Court**

Case Number: 24-C-05576-S5

Plaintiff:
**Sean Robison**

vs.

Defendants:
**K2D, LLC f/k/a K2D, Inc. d/b/a Colorado Premium Foods, et al.**

For:
Terry D. Jackson P.C.
600 Edgewood Avenue
Atalnta, GA 30312

Received by Front Range Legal Process Service to be served on **K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods, 1900 W. Littleton Blvd., Littleton, CO 80120**.

I, Tara Minto, being duly sworn, depose and say that on the **25th day of June, 2024** at **12:38 pm, I:**

affirm that I served the **Summons; Plaintiff's Renewed Complaint for Damages; Exhibits; Motion for Appointment of Private Process Server; Affidavit of Stephen Lyon in Support of Appointment of Private Process Server; Order** upon **K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods** by leaving the papers with **Cole Stender of Corporation Service Company(Registered Agent)** who is an agent authorized and/or designated to receive service for **K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods** . Service was made at **1900 W. Littleton Blvd., Littleton, CO 80120** .

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: White, Height: 6'0, Weight: 195, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Service was made pursuant to the rules and regulations of the State of Colorado.

Subscribed and Sworn to before me on the 26th
day of June, 2024 by the affiant who is personally
known to me

_____
NOTARY PUBLIC
My commission expires_____

**Tara Minto**
Process Server

**Front Range Legal Process Service**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(970) 267-9109**

Our Job Serial Number: FRS-2024005749
Service Fee: _____

HEATHER HEATH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184032275
MY COMMISSION EXPIRES SEPTEMBER 13, 2026

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**7/2/2024 10:03 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AFFIDAVITS OF SERVICE**

COMES NOW Plaintiff and files the following Affidavits of Service:

1.    Affidavit of Service of Tara Minto for Service on Defendant K2D,

LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods, on June 25, 2024; and

2.    Affidavit of Service of Tara Minto for Service on Defendant K2D,

Inc. of Colorado, on June 25, 2024.

Dated:        July 2, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF**
**SEAN ROBISON:**

By:    /s/ Terry D. Jackson
       TERRY D. JACKSON
       Georgia Bar No. 386033



*"We Know Trucks"*
www.terryjacksonlaw.com

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

within and foregoing **NOTICE OF FILING AFFIDAVITS OF SERVICE** upon

the parties by placing the same in a properly addressed envelope with adequate

Page 3 of 5

postage affixed thereon via First Class U.S. Mail, e-filing, or by hand delivery as

directed by the Court to:

>K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods
>C/O Corporation Service Company, Registered Agent
>1900 W. Littleton Blvd.
>Littleton, CO 80120
>
>K2D, Inc. of Colorado
>C/O Corporation Service Company, Registered Agent
>1900 W. Littleton Blvd.
>Littleton, CO 80120
>
>Grant Park Packing Company, Inc.
>C/O Robert M. Dreger, Registered Agent
>910 W Van Buren Street #503
>Chicago, IL 60607
>
>North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
>North Star Imports & Sales
>C/O Jacob Goldberger, Managing Member
>3459 Washington Drive, Suite 106
>Eagan, Minnesota 55122
>
>North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
>North Star Imports & Sales
>C/O Jacob Goldberger, Registered Agent
>3348 Sherman Court
>Eagan, MN 55121
>
>US Foods, Inc.
>C/O Corporation Service Company, Registered Agent
>2 Sun Court, Suite 400
>Peachtree Corners, GA 30092

Dated:        July 2, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
TERRY D. JACKSON
Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

24-C-05576-S5
7/16/2024 4:52 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SEAN ROBISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. |
| v. | ) 24-C-05576-S5 |
| | ) |
| K2D, LLC, a Colorado Limited | ) |
| Liability Company F/K/A K2D, INC., | ) |
| D/B/A COLORADO PREMIUM FOODS, | ) |
| a Colorado corporation, | ) **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) |
| corporation, | ) |
| | ) |
| GRANT PARK PACKING COMPANY, | ) |
| INC., an Illinois corporation, | ) |
| | ) |
| NORTH STAR IMPORTS, LLC, D/B/A | ) |
| NORTH STAR IMPORTS & SALES LLC | ) |
| & NORTH STAR IMPORTS & SALES, a | ) |
| Minnesota limited liability company, | ) |
| | ) |
| US FOODS, INC., a Delaware corporation, | ) |
| | ) |
| & JOHN DOE DEFENDANTS (1-5), | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF SERVICE OF DANIELA BERT

COMES NOW Daniela Bert, a United States citizen and over the age of 18

years, before the undersigned officer duly authorized to administer oaths, and, being

sworn on oath, deposes and states as follows:

648867/649055
Page 1 of 4

1.      My name is Daniela Bert, I am of legal age, sound mind and am

otherwise competent to make this affidavit. The matters stated herein are within

my personal knowledge and I know them to be true and correct.

2.      On June 25, 2024, at approximately 2:25 p.m., I attempted to serve a

copy of the following items:

A.      Summons and Plaintiff's Renewed Complaint for Damages;

B.      Motion for Appointment of Private Process Server Stephen Lyon;

C.      Affidavit of Stephen Lyon in Support of Private Process Server;

D.      Affidavit of Counsel in Support of Private Process Server Stephen

        Lyon;

E.      General Civil and Domestic Relations Case Filing Information Form;

        and

F.      Order Appointing Daniela Bert as Private Process Server

in the above-styled matter to Defendant Grant Park Packing Company, Inc. as

follows:

        Grant Park Packing Company, Inc.
        C/O Robert M. Dreger, Registered Agent
        910 W Van Buren Street #503
        Chicago, IL 60607

3.      On June 25, 2024, at approximately 2:25 p.m., I went to the address of

910 W Van Buren Street #503, Chicago, IL 60607 to serve Mr. Dreger as the

Registered Agent for Defendant Grant Park Packing Company, Inc. When I

arrived, I observed this to be an office building which had a secured front door. I managed to gain access inside thanks to one of the tenants.

4.      When inside, I discovered that the lights were off in Mr. Dreger's office, and that there was no one present. Upon further inquiry with the office across the hall, I was told that Mr. Dreger's office had been closed for some time and that the employees mainly work from home.

5.      On June 26, 2024, I was advised by Plaintiff's Counsel to attempt service upon Joseph Maffei as President and Director of Grant Park Packing Company, Inc. at the following address:

> Grant Park Packing Company, Inc.
> C/O Joseph Maffei, President & Director
> 3434 Runge Street
> Franklin Park, IL 60131

6.      On June 28, 2024, at approximately 5:25 p.m., I went to the address of 3434 Runge Street, Franklin Park, IL 60131 to serve Mr. Maffei as the President & Director for Defendant Grant Park Packing, Inc. At the time of my arrival, it appeared that this was a business that had closed for the day. Mr. Maffei, nor anyone else, was present.

7.      On July 1, 2024, at approximately 2:26 p.m., I arrived at the address at 3434 Runge Street, Franklin Park, IL 60131, at which time I found the business to be closed and no one present.

8.    On July 3, 2024, at approximately 1:13 p.m., I arrived at the address at 3434 Runge Street, Franklin Park, IL 60131. I spoke with Ms. Lucia Maffei who is the Authorized Agent and Secretary for Defendant Grant Park Packing Company, Inc., and she stated that she is authorized to accept service on behalf of Joseph Maffei as President and Director of Grant Park Packing Company, Inc.

9.    Ms. Maffei is a white female with blonde and brown hair. She is around 5' 5", weighs approximately 130 lbs., and appears to be in her early 40's. I obtained her picture and her signature at the time of this service. See *Exhibit 1*.

10.    On July 3, 2024, at approximately 1:13 p.m., I served a copy of the said documents **personally** to Lucia Maffei, who accepted those documents on behalf of Defendant Grant Park Packing Company, Inc. at that address.

FURTHER AFFIANT SAITH NOT.

Daniela Bert    648867/649055

Sworn to and subscribed before me this 16 day of July 2024.

Notary Public
My Commission Expires:

Official Seal
FABIOLA DREXEL
Notary Public, State of Illinois
Commission No. 972754
My Commission Expires June 5, 2027

648867/649055

Page 4 of 4

# EXHIBIT 1

3434 Runge Street
Franklin Park, IL 60131
24-C-05576-S5 | K2D, LLC f/k/a K2D, Inc. d/b/a Colorado Premium Foods, et al.



**EXHIBIT 1 - Page 1 of 1**

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**7/16/2024 4:52 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

|  |  |  |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AFFIDAVIT OF SERVICE

COMES NOW Plaintiff and files the following Affidavit of Service:

1.      Affidavit of Service of Daniela Bert for Service on Lucia Maffei as

the Authorized Agent & Secretary for Defendant Grant Park Packing, Inc., on July

3, 2024.

Dated:        July 16, 2024.

|                                          | RESPECTFULLY SUBMITTED, |

**COUNSEL FOR PLAINTIFF**
**SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
         TERRY D. JACKSON
         Georgia Bar No. 386033



*"We Know Trucks"*
[www.terryjacksonlaw.com](www.terryjacksonlaw.com)

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SEAN ROBISON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 24-C-05576-S5 |
| | ) | |
| K2D, LLC, a Colorado Limited | ) | |
| Liability Company F/K/A K2D, INC., | ) | |
| D/B/A COLORADO PREMIUM FOODS, | ) | |
| a Colorado corporation, | ) | **JURY TRIAL DEMANDED** |
| K2D, INC. OF COLORADO a Colorado | ) | |
| corporation, | ) | |
| | ) | |
| GRANT PARK PACKING COMPANY, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| NORTH STAR IMPORTS, LLC, D/B/A | ) | |
| NORTH STAR IMPORTS & SALES LLC | ) | |
| & NORTH STAR IMPORTS & SALES, a | ) | |
| Minnesota limited liability company, | ) | |
| | ) | |
| US FOODS, INC., a Delaware corporation, | ) | |
| | ) | |
| & JOHN DOE DEFENDANTS (1-5), | ) | |
| | ) | |
|     Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the

within and foregoing **NOTICE OF FILING AFFIDAVIT OF SERVICE** upon

the parties by placing the same in a properly addressed envelope with adequate

postage affixed thereon via First Class U.S. Mail, e-filing, or by hand delivery as

directed by the Court to:

> K2D, LLC f/k/a K2D Inc. d/b/a Colorado Premium Foods
> C/O Corporation Service Company, Registered Agent
> 1900 W. Littleton Blvd.
> Littleton, CO 80120

> K2D, Inc. of Colorado
> C/O Corporation Service Company, Registered Agent
> 1900 W. Littleton Blvd.
> Littleton, CO 80120

> Grant Park Packing Company, Inc.
> C/O Robert M. Dreger, Registered Agent
> 910 W Van Buren Street #503
> Chicago, IL 60607

> North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
> North Star Imports & Sales
> C/O Jacob Goldberger, Managing Member
> 3459 Washington Drive, Suite 106
> Eagan, Minnesota 55122

> North Star Imports, LLC d/b/a North Star Imports & Sales LLC and
> North Star Imports & Sales
> C/O Jacob Goldberger, Registered Agent
> 3348 Sherman Court
> Eagan, MN 55121

> US Foods, Inc.
> C/O Corporation Service Company, Registered Agent
> 2 Sun Court, Suite 400
> Peachtree Corners, GA 30092

Dated:        July 16, 2024.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR PLAINTIFF
SEAN ROBISON:**

By:    */s/ Terry D. Jackson*
       TERRY D. JACKSON
       Georgia Bar No. 386033



*"We Know Trucks"*
*www.terryjacksonlaw.com*

TERRY D. JACKSON, P.C.
600 Edgewood Avenue
Atlanta, Georgia 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-05576-S5**

**7/19/2024 5:22 PM**

TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

SEAN ROBISON,                                        Civil Action File No.
                                                     24-C-05576-S5
Plaintiff,

v.

K2D, LLC, a Colorado Limited
Liability Company F/K/A K2D, INC.,
D/B/A COLORADO PREMIUM FOODS,
a Colorado corporation,
K2D, INC. OF COLORADO a Colorado
corporation,

GRANT PARK PACKING COMPANY,
INC., an Illinois corporation,

NORTH STAR IMPORTS, LLC, D/B/A
NORTH STAR IMPORTS & SALES LLC
& NORTH STAR IMPORTS & SALES, a
Minnesota limited liability company,

US FOODS, INC., a Delaware corporation,
& JOHN DOE DEFENDANTS (1-5),

Defendants.

## <u>NOTICE OF APPEARANCE</u>

Please take notice that David A. Bain hereby appears as counsel for Defendants North

Star Imports, LLC, d/b/a North Star Imports & Sales LLC, and North Star Imports & Sales, a

Minnesota limited liability company, (collectively "North Star") in the above-captioned action.

Respectfully submitted this 19th day of July, 2024.


*/s/ David A. Bain*_____
David A. Bain
Georgia Bar No. 032449
**LAW OFFICES OF DAVID A. BAIN, LLC**
1230 Peachtree Street, NE, Suite 1050
Atlanta, GA 30309
Telephone: (404) 724-9990
Facsimile: (404) 724-9986
dbain@bain-law.com

Counsel for North Star

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 19th day of July, 2024 caused the foregoing NOTICE OF

APPEARANCE to be filed with the Clerk of Court through the Court's electronic filing system

and served a true and correct copy of the same by electronic mail upon the following:

Terry D. Jackson
Georgia Bar No. 386033
**TERRY D. JACKSON. P.C.**
600 Edgewood Avenue
Atlanta, GA 30312
(404) 216-5312 cell
(404) 659-2400 office
(404) 659-2414 fax
terry@terryjacksonlaw.com

Counsel for Plaintiff Sean Robison

/s/ David A. Bain
David A. Bain
Georgia Bar No. 032449
LAW OFFICES OF DAVID A. BAIN, LLC
1230 Peachtree Street, NE
Suite 1050
Atlanta, GA 30309
Tel: (404) 724-9990
Fax: (404) 724-9986
dbain@bain-law.com

Counsel for North Star